UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD MOONEY,<br><br>    Plaintiff,<br><br>    v.<br><br>MACIAS-CARILLO, et al.,<br><br>    Defendants. | No. 1:21-cv-00377-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 14 |

Plaintiff John Edward Mooney is proceeding pro se and in forma pauperis in this prisoner action filed pursuant to 42 U.S.C. § 1983.  Doc. 12.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 15, 2023, the Court screened Plaintiff's initial complaint (Doc. 1), found no cognizable claim, and granted Plaintiff twenty-one days to file an amended complaint.  Doc. 9.  After being granted an extension of time, Plaintiff filed a first amended complaint ("FAC").  Doc. 12.  On January 19, 2024, the magistrate judge screened the FAC and issued findings and recommendations recommending dismissal for failure to state a cognizable claim for relief.  Doc. 14.  The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen days of service.  *Id*. at 11.  Plaintiff has not filed any objections and the time to do so has passed.  *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

this case.  After carefully reviewing the file, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED:

1. The findings and recommendations issued on January 19, 2024, Doc. 14, are ADOPTED IN FULL.
2. This action is DISMISSED with prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   May 19, 2024

_____
UNITED STATES DISTRICT JUDGE

2